Anthony D. Bornstein, OSB #861305
Assistant Federal Public Defender
Email: tony_bornstein@fd.org
101 SW Main Street, Suite 1700
Portland, OR 97204
Tel: (503) 326-2123
Fax: (503) 326-5524

Attorney for Defendant

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:20-po-00689-YY-1 |
| Plaintiff, | |
| v. | NOTICE OF WITHDRAWAL OF COUNSEL |
| RONALD C. VROOMAN, | |
| Defendant. | |

The court appointed our office as counsel to represent Ronald C. Vrooman as part of the appointment of all defendants on the November 6, 2020 Portland CVB docket. We wish to withdraw from the case at this time since we are not currently in touch with the client.

Respectfully submitted this February 26, 2021.

/s/ Anthony D. Bornstein
Anthony D. Bornstein
Attorney for Defendant